AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SECURITIES AND EXCHANGE
COMMISSION                         )
       Plaintiff(s)              )   **APPEARANCE**
                                 )
                     vs.         )   CASE NUMBER   1:07-cv-00496-GK
JAMES E. GRAY                      )
       Defendant(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Heather D. McAllister, Esq.  as counsel in this
                                    (Attorney's Name)

case for:  JAMES E. GRAY
                 (Name of party or parties)

09/07/2007
Date

*[Signature]*
Signature

DC- 478152
BAR IDENTIFICATION

Heather D. McAllister, Esq.
Print Name

1101 New York Ave., NW Ste 1200
Address

Washington DC            20037
City         State        Zip Code

202 986 8289
Phone Number