UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C.  20549<br><br>       **Plaintiff,**<br><br> v.<br><br>JAMES E. GRAY,<br>13498 East Columbine Drive<br>Scottsdale, AZ 85260<br><br><br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-0496<br><br><br><br>**PLAINTIFF'S MOTION<br>TO CONSOLIDATE<br>ACTIONS** |

## THE SEC'S MOTION TO CONSOLIDATE ACTIONS

The Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that the Court enter an Order consolidating this action and three other SEC enforcement actions (SEC v. Raytheon Company et al., 06-1182, GK (D.D.C.); SEC v. Caine, 07-0494 GK (D.D.C.); and SEC v. Pliner, 07- 0495 GK (D.D.C.) [collectively, the Raytheon Enforcement Actions]), all of which alleged violations of the federal securities laws in connection with the accounting of Raytheon Company.  Final judgments have been entered against the defendants in all four actions.  Pursuant to these final judgments, six defendants have paid disgorgement, prejudgment interest and/or penalties in the total amount of $14,776,840.65.  These funds were paid to the Clerk of this Court and deposited into separate interest-bearing accounts (the "Distribution Funds").  Each final judgment provides, in part, that the Distribution Funds may be distributed pursuant to the Fair Fund provisions of the Section 308(a) of the Sarbanes-Oxley Act of 2002.

The SEC now seeks to consolidate the four Raytheon Enforcement Actions for purposes of distributing the Distribution Funds to investors who purchased Raytheon stock during the time of the fraudulent accounting. Under Rule 42(a) of the Federal Rules of Civil Procedure, consolidation is appropriate because, for distribution purposes, the actions involve common questions of fact and law.

Joint administration of the Distribution Funds from these four actions would promote efficiency and maximize the funds returned to investors. Administering these cases separately would require the appointment of multiple distribution agents, who would have to identify and send notices to many of the same claimants, review possibly redundant proofs of claim, and distribute multiple checks to many of the same investors. Such an unwieldy process would also likely confuse and inconvenience investors, who would receive multiple notices and be required to submit multiple claims forms. Consolidation, by contrast, would permit, a single distribution agent to conduct unified notice and claims administration procedures. This would reduce the overall costs of the distribution process, which are paid out of the Distribution Funds and thus ultimately borne by the defrauded investors.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order and grant such other relief as the Court deems just and proper.

Dated: September 26, 2007                                   Respectfully submitted,

 s/ John D. Worland, Jr.
John D. Worland, Jr. (DC Bar No. 427797)
Timothy N. England
Beth Collier Groves
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549
(202) 551-4438

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E. )
Washington, D.C.  20549 )
        **Plaintiff,** )
   v. )  **Civil Action No. 06-1182**
RAYTHEON COMPANY, DANIEL P. BURNHAM, )
and ALDO R. SERVELLO, )
        **Defendants.** )

---

SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E. )
Washington, D.C.  20549 )
        **Plaintiff,** )
   v. )  **Civil Action No. 07-00494**
FRANKLYN A. CAINE, )
21 Dexter Street )
Dedham, MA 02026 )
        **Defendant.** )

---

SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E. )
Washington, D.C.  20549 )
        **Plaintiff,** )
   v. )  **Civil Action No. 07- 00495**
EDWARD S. PLINER, )
13 Locust Street )
Salem, MA 01970 )
        **Defendant.** )

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>                          **Plaintiff,**<br>v.<br><br>JAMES E. GRAY,<br>13498 East Columbine Drive<br>Scottsdale, AZ 85260<br><br>                          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 07-00496** |

**[PROPOSED] ORDER TO CONSOLIDATE ACTIONS**

The Court having reviewed the Securities and Exchange Commission's motion to consolidate actions and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Pursuant to Final Judgments and Final Orders entered in these four Securities and Exchange Commission ("SEC") enforcement actions, Defendants Raytheon Company, Daniel P. Burnham, Aldo R. Servello, Franklyn A. Caine, Edward S. Pliner and James E. Gray have paid disgorgement, prejudgment interest and/or penalties in the total amount of $14,776,840.65. These funds were paid to the Clerk of this Court and deposited into separate interest-bearing accounts (the "Distribution Funds"). Each final judgment provides, in part, that the Distribution Funds may be distributed pursuant to the Fair Fund provisions of the Section 308(a) of the Sarbanes-Oxley Act of 2002.

2.  The Court hereby orders that the above-captioned actions are consolidated for administrative purposes and eventual distribution to investors.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE